No. 71–6445.  JONES *v.* UNITED STATES.  C. A. 3d Cir.  Motion for leave to proceed *in forma pauperis* and certiorari granted.  On representation of the Solicitor General set forth in his Memorandum for the United States, filed May 25, 1972, judgment is vacated and case remanded for reconsideration in light of position presently asserted by the Government.

No. 71–1592.  AUERBACH ET AL. *v.* MANDEL, GOVERNOR OF MARYLAND, ET AL.  Appeal from D. C. Md.  Motion to expedite denied.

No. 71–6534.  FERRE *v.* BRANTLEY, WARDEN; and

No. 71–6541.  MCCRAY *v.* MARYLAND.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 71–6573.  GERARDI *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ET AL.  Motion for leave to file petition for writ of mandamus denied.

No. 71–1369.  OSWALD, CORRECTION COMMISSIONER, ET AL. *v.* RODRIGUEZ ET AL.  C. A. 2d Cir.  Certiorari granted.

No. 71–1398.  WARNER, SECRETARY OF THE NAVY *v.* FLEMINGS.  C. A. 2d Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari granted and case set for argument with No. 71–6314 *[Gosa v. Mayden, Warden], infra.*